TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN





 

ON REQUEST FOR EN BANC HEARING









NO. 03-05-00585-CR

NO. 03-05-00586-CR






Ex parte James W. Ellis






NO. 03-05-00589-CR

NO. 03-05-00590-CR

NO. 03-05-00591-CR

NO. 03-05-00592-CR

NO. 03-05-00593-CR

NO. 03-05-00594-CR

NO. 03-05-00595-CR

NO. 03-05-00596-CR

NO. 03-05-00597-CR

NO. 03-05-00598-CR

NO. 03-05-00599-CR

NO. 03-05-00600-CR

NO. 03-05-00601-CR

NO. 03-05-00602-CR

NO. 03-05-00603-CR






Ex parte John Dominick Colyandro






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT

NOS. 9040564, 9040565, 9040566, 9040567, 9040568, 9040569, 9040570, 9040571, 9040572, 9040573,
9040574, 9040575, 9040576, 9040577, 9040598, D-1-DC-2005-904121, & D-1-DC-2005-904122
HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R

PER CURIAM

 On August 14, 2008, Justice Henson requested that these cases be heard en banc. 
The court is of the view that the prerequisites for en banc review are not met. See Tex. R. App.
P. 41.2. The court overrules the request.

 It is ordered August 29, 2008.


Before Chief Justice Law, Justices Patterson, Puryear, Pemberton, Waldrop and Henson;

 Dissenting Opinion by Justice Henson

 Justice Patterson Dissenting With Opinion To Follow


Publish